JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

ANTHONY HARRY,

       Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM 116

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2007

COUNT ONE

The Grand Jury charges:

On or about January 31, 2007, in the Southern District of New York and elsewhere, ANTHONY HARRY, the defendant, unlawfully, willfully, and knowingly, did threaten to assault, kidnap and murder a United States judge, with intent to impede, intimidate and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties, to wit, on or about January 31, 2007, HARRY made several phone calls to the chambers of a United States District Judge in the Southern District of New York, during which he threatened to murder and otherwise harm that judge.

   (Title 18, United States Code, Section 115(a)(1)(B).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY HARRY,

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 115(a)(1)(B))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

2/14/07 — INDICTMENT FILED.
G-C

ELLIS, USMJ